**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THERABODY, INC.,<br><br>Plaintiff,<br>v.<br><br>DIALECTIC DISTRIBUTION LLC,<br><br>Defendant. | Civil Action No.<br><br>23-21995 (EP) (LDW)<br><br>**ADMINISTRATIVE TERMINATION ORDER** |

**THIS MATTER** having come before the Court by way of a September 30, 2025 telephone conference before the undersigned; and the parties having informed the Court that they require additional time to negotiate a potential resolution of this matter; and with the consent of all counsel; and for good cause shown;

**IT IS, on this 21st day of October 2025,**

**ORDERED** that this action and any pending motions are hereby administratively terminated; and it is further

**ORDERED** that this shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41; and it is further

**ORDERED** that any party may request that this action be reopened and restored to the Court's active docket by filing a letter to that extent; and it is further

**ORDERED** that the parties shall appear for a telephonic status conference before the undersigned on **January 15, 2026 at 2:00 p.m.** The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Dial-in information for the conference is (973) 437-5535, access code 719 600 412#.

*s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge