**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **THERABODY, INC.,** Plaintiff, v. **DIALECTIC DISTRIBUTION, LLC,** Defendant. | **CIVIL ACTION NO.: 2:23-CV-21995** **JUDGE EVELYN PADIN** **MAGISTRATE LEDA DUNN WETTRE** **STATUS LETTER FOR JANUARY 15, 2026 STATUS CONFERENCE** |

Plaintiff Therabody, Inc., ("***Therabody***") submits this letter to provide a status update to the Court prior to the January 15, 2026, telephonic status conference at 2PM, regarding the ongoing settlement discussions between Therabody and Dialectic Distribution LLC ("***Dialectic***"). The parties have not reached a final written settlement agreement. The timeline of the settlement discussions is as follows:

- In August 2025, Therabody's and Dialectic's corporate representatives met in person to discuss settlement terms.
- On August 25, 2025, Therabody sent Dialectic a proposed written settlement agreement.
- On August 29, 2025, Dialectic sent a revised draft with proposed changes. Therabody responded on September 2, 2025 with additional revisions.
- Dialectic and Therabody, through their corporate representatives, continued discussions in September on settlement.
- On September 29, 2025, Therabody sent Dialectic a revised draft based on the parties' continued discussions.
- On or about October 17, 2025, Therabody received a settlement agreement signed by Dialectic that included multiple substantive changes from Therabody's last version submitted. The changes had not been agreed to by the parties.
- On October 17, 2025, Therabody rejected the proposed changes and asked Dialectic to discuss the remaining issues.
- The parties' corporate representatives were to have another conference, but at this time have not done so.
- On January 5, 2026, Therabody sent another proposed version of the settlement agreement.
- On January 7, 2026, Dialectic sent Therabody a signed settlement agreement, but it was from a September 29, 2025 version that Dialectic previously rejected.

- On January 8, 2026, Therabody informed Dialectic that Dialectic signed the wrong version of the settlement agreement.

Therabody has negotiated in good faith toward a settlement agreement, but at this time there are material disputes that have hindered a final resolution. There has been significant time since the September 29, 2025 version of the settlement agreement was proposed, and Dialectic rejected it previously. The January 5, 2026 settlement agreement is a proposed version to address these delays. Therabody proposes discussing these issues with the Court at the January 15, 2026 status conference, and, if the parties cannot come to an agreement, then putting the case back on the active docket.

Date: January 8, 2026

Respectfully submitted,

NORRIS McLAUGHLIN, P.A.

/s/ *Michael Townsend*
MICHAEL TOWNSEND (301662019)
400 Crossing Boulevard, 8th Floor
Bridgewater, NJ 08807
Phone: 908-722-0700; Fax: 908-722-0755
Email: mtownsend@norris-law.com

KOHRMAN JACKSON & KRANTZ LLP

/s/ *Jeffrey R. Vaisa*
ALEX E. JONES (Ohio 0095807)
*admitted pro hac vice*
Jeffrey R. Vaisa (Ohio 0096010)
*admitted pro hac vice*

1375 East Ninth Street, 29th Floor
Cleveland, Ohio 44114
Phone: 216-696-8700; Fax: 216-621-6536
Email: aej@kjk.com; jrv@kjk.com

Counsel for Plaintiff