**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **THERABODY, INC.,**<br><br>Plaintiff,<br>v.<br><br>**DIALECTIC DISTRIBUTION, LLC,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION NO.: 2:23-CV-21995**<br><br>**JUDGE EVELYN PADIN**<br>**MAGISTRATE LEDA DUNN WETTRE**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Therabody, Inc. ("***Plaintiff***" or "***Therabody***") and Defendant Dialectic Distribution LLC's ("***Dialectic***" or "***Defendant***"), stipulate to the dismissal of this action in its entirety ***with prejudice*** in accordance with an out-of-court agreement between the Parties. Each party will bear its own costs and fees.

Respectfully submitted,

*/s/ David Rubenstein*

DAVID RUBENSTEIN, ESQ.
RUBENSTEIN BUSINESS LAW

100 Horizon Center Boulevard
Hamilton, NJ 08691
Phone: 609-528-5673
Fax: 609-528-5601
Drubenstein@RubensteinBusiness
Law.com

NORRIS MCLAUGHLIN, P.A.

*/s/ Michael Townsend*

MICHAEL TOWNSEND (301662019)
400 Crossing Boulevard, 8th Floor
Bridgewater, NJ 08807
Phone: 908-722-0700; Fax: 908-722-0755
Email: mtownsend@norris-law.com

KOHRMAN JACKSON & KRANTZ LLP

*/s/ Alex E. Jones*

ALEX E. JONES (0095807) (*PRO HAC VICE)*
1375 East Ninth Street, 29th Floor
Cleveland, Ohio 44114
Phone: 216-696-8700; Fax: 216-621-6536
Email: aej@kjk.com; jrv@kjk.com

*Counsel for Plaintiff*